| | |
|---|---|
| 1 | Matthew A. Silverman (018919) |
| 2 | Jessica R. Kenney (026615) |
|   | **McCarthy ♦ Holthus ♦ Levine** |
| 3 | 3636 North Central Avenue |
|   | Suite 1050 |
| 4 | Phoenix, AZ 85012 |
|   | Telephone: (602) 230-8726 |

Attorney for Movant,
JPMorgan Chase Bank, National Association its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
|  | ) Chapter 13 |
| Sherryl Luane Madison, | ) |
|  | ) |
| Debtor. | ) Case No 2:09-bk-22225-SSC |
| _____ | ) |
| JPMorgan Chase Bank, National Association, | ) **NOTICE SETTING PRELIMINARY** |
| its successors and/or assigns, | ) **HEARING ON MOTION FOR RELIEF** |
|  | ) **FROM AUTOMATIC STAY** |
| Movant, | ) |
| v. | ) |
|  | ) **Date: January 6, 2010** |
| Sherryl Luane Madison, Debtor, and Edward J. | ) **Time: 1:30 p.m.** |
| Maney, Chapter 13 Trustee | ) **Ctrm: #701** |
|  | ) **Place: 230 N. First Avenue** |
| Respondents. | )         **Phoenix, AZ 85003** |

**TO: DEBTOR, ATTORNEY FOR DEBTOR, CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Preliminary Hearing on Movant's Motion for Relief from the Automatic Stay has been set before the Honorable Sarah S. Curley for the following:

On Wednesday, January 6, 2010 at 1:30 p.m. in courtroom #701, this is located at 230 North First Avenue, Phoenix, AZ 85003.

**DATED** this 18th day of December, 2009.

| | |
|---|---|
| 1 | **McCarthy ◆ Holthus ◆ Levine** |
| 2 | |
| 3 | By: /s/ Matthew A. Silverman |
| 4 | Matthew A. Silverman, Esq. |
| 5 | 3636 North Central Avenue |
| | Suite 1050 |
| 6 | Phoenix, AZ 85012 |
| | Attorneys for Movant |