**SIGNED.**

**TIFFANY & BOSCO** P.A.

Dated: December 26, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14823/214290

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-22225-SSC |
| Sherryl Luane Madison | Chapter 13 |
| Debtors. | O R D E R |
| Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement Dated as February 1, 2006, Securitized Asset Back Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 | (Related to Docket # 9) |
| Movant, vs. | |
| Sherryl Luane Madison, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on December 15, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 6, 2005, and recorded on , in the office of the Maricopa County Recorder at  wherein Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement Dated as February 1, 2006, Securitized Asset Back Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 is the current beneficiary and Sherryl Luane Madison have an interest in, further described as:
 *Re-Recorded on 02/26/2008 in Instrument No. 2008-0165882

PARCEL NO. 1:

Lot 2, DIANA ESTATES, according to Book 48 of Maps, Page 49, records of Maricopa County, Arizona, EXCEPT that portion of said Lot 2, lying Southerly of line described as follows; BEGINNING at the Northeast corner of the South 10 Feet of said Lot 2; THENCE Westerly along the North line of said South 10 feet to the West line of the East 90.48 feet of said Lot; THENCE Westerly to a point in the West line of said Lot that is 8.10 feet Northerly of the Southwest corner thereof and the terminus of the line herein described.

PARCEL No. 2:

The West 4 feet of that part of Lot 1, DIANA ESTATES, according to Book 48 of Maps, Page 49, Records of Maricopa County, Arizona lying South of the Easterly prolongation of the North line of Lot 2, Diana Estates

Except the South 10 feet thereof.

 IT IS ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

 IT IS FURTHER ORDERED that is the Debtor believes that she is entitled to appeal from the United States District Court for the District of Arizona's August 20, 2009 Order in Case CV2008-01562-PHX-GMS, she must pursue her rights, if any, to the United States District Court for the District of Arizona or the United States Court of Appeals for the 9th Circuit as appropriate.

 DATED this ____ day of _____, 2009.

 _____
 JUDGE OF THE U.S. BANKRUPTCY COURT